[No. 22322–4–I. Division One. January 8, 1990.]

WESTERN UTILITIES SUPPLY CO., *Respondent,* v. EMERALD CITY PLUMBING, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–07709–8, Marsha J. Pechman, J., entered May 9, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Grosse and Webster, JJ.

[No. 21806–9–I. Division One. January 8, 1990.]

WILLIAM J. MCCORMICK, ET AL, *Appellants,* v. THE CITY OF EDMONDS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87–2–00611–9, Paul D. Hansen, J., entered January 27, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Grosse and Winsor, JJ.

[No. 21620–1–I. Division One. January 8, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID ANTHONY DEBERNARDIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–02645–7, Susan R. Agid, J., entered January 11, 1988. *Affirmed in part* and *remanded* by unpublished opinion per Coleman, C.J., concurred in by Grosse and Pekelis, JJ.

[No. 23138–3–I. Division One. January 8, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JESSE ARMANDO CELIX, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–1–00507–3, Daniel T. Kershner, J., entered October 24, 1988. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Pekelis, J.